# Order

Michigan Supreme Court
Lansing, Michigan

July 6, 2021

161932-3 (70)

Bridget M. McCormack,
Chief Justice

Brian K. Zahra
David F. Viviano
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh
Elizabeth M. Welch,
Justices

*In re* Application of DTE ELECTRIC COMPANY
to Increase Rates.
_____

RESIDENTIAL CUSTOMER GROUP,
     Appellant,

v

MICHIGAN PUBLIC SERVICE
COMMISSION and MICHIGAN CABLE
TELECOMMUNICATIONS ASSOCIATION,
     Appellees,

and

DTE ELECTRIC COMPANY,
     Petitioner-Appellee.

_____/

SC: 161932
COA: 344811
MPSC: 00-018255

*In re* Application of CONSUMERS ENERGY
COMPANY to Increase Rates.
_____

RESIDENTIAL CUSTOMER GROUP,
     Appellant,

v

MICHIGAN PUBLIC SERVICE
COMMISSION and MICHIGAN CABLE
TELECOMMUNICATIONS ASSOCIATION,
     Appellees,

and

CONSUMERS ENERGY COMPANY,
     Petitioner-Appellee.

_____/

SC: 161933
COA: 344821
MPSC: 00-018322

On order of the Court, the motion for reconsideration of this Court's March 30, 2021 order is considered, and it is DENIED, because we are not persuaded that reconsideration of our previous order is warranted.  MCR 7.311(G).



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 6, 2021



Clerk

a0628